# FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0691

| | |
|---|---|
| CLAIMANT: State of Montana Board of Land Commissioners, Appellee,<br><br>OBJECTOR: Christene E. Wagner, Appellant,<br><br>COUNTEROBJECTORS: Chad J. Armstrong; Trista L. Armstrong | ON APPEAL FROM THE MONTANA WATER COURT<br><br>**Supreme Court No. DA 22-0691**<br><br>**Water Court No. 41G-0113 -R-2020** |

## ORDER GRANTING THE UNOPPOSED MOTION BY APPELLANT
## FOR 30-DAY EXTENSION OF TIME FOR FILING ANSWERING BRIEFS

In consideration of the unopposed motion by Appellant for an 18-day extension of time for filing answering briefs and the good cause appearing therefore,

IT IS ORDERED that the motion is GRANTED. Answering briefs for appellant shall be filed on or before February 21st, 2023.

DATED this ___day of _____, 2023.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2023